UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: ) | |
| **KIEYONDRA J. WOLF** ) | Chapter 7 |
| ) | Case No. **14-40572-EJC** |
| Debtor(s) ) | |

## MOTION FOR EXTENSION OF TIME TO FILE REAFFIRMATION AGREEMENT

NOW COMES, **KIEYONDRA J. WOLF**, Debtor named above by and through her attorney of record, Barbara B. Braziel, files this Motion for Extension of Time pursuant to 11 U.S.C. §521 (a)(2)(b)and shows the Court the following:

1.

Creditor, Planet Home Lending, LLC, has no objection to the requested extension.

2.

Debtor is requesting an extension beyond the sixty (60) days under Title 11 U.S.C. Bankruptcy Rule 4008(a) in order to execute a reaffirmation agreement with the Respondent.

**WHEREFORE,** the Debtor moves the Court to extend the time required for filing the Reaffirmation Agreement to November 4, 2016 and grant such further relief as the Court may deem just and fair.

RESPECTFULLY SUBMITTED, this 6th day of Sept, 2016.

/s/ Barbara B. Braziel
Barbara B. Braziel
Attorney for Debtor(s)
Georgia State Bar No 078775

6555 Abercorn Street, Suite 105
Savannah, GA 31405
912-351-9000

```
===============================================================
In re:                              )
KIEYONDRA J. WOLF                   )    Chapter 7
                                    )    Case No. 14-40572-EJC
        Debtor(s)                   )
===============================================================
```

## CERTIFICATE OF SERVICE

      **I, THE UNDERSIGNED,** do hereby certify that I have served the following persons(s) named below pursuant to ECF Local Rule 9 or by mailing a copy of the foregoing **MOTION FOR EXTENSION OF TIME AND ORDER ON MOTION FOR EXTENSION OF TIME** to the address(es) indicated with adequate postage affixed thereto to ensure delivery:

JAMES L. DRAKE, JR.
CHAPTER 7 TRUSTEE
P. O. BOX 9945
SAVANNAH, GA 31412

MATTHEW E. MILLS
ASST. U. S. TRUSTEE
2 E. BRYAN STREET, SUITE 725
SAVANNAH, GA 31401

KIEYONDRA J. WOLF
P. O. BOX 3247
VALDOSTA, GA 31604

PLANET HOME LENDING, LLC
321 RESEARCH PARKWAY
SUITE 303
MERIDEN, CT 06450

SOLOMON BAGGETT, LLC
3763 ROGERS BRIDGE ROAD
DULUTH, GA 30097

THIS __6th__ day of __September__, 2016.

/s/ Barbara B. Braziel
Barbara B. Braziel
Attorney for Debtor(s)
Georgia State Bar No 078775

6555 Abercorn St.
Suite 105
Savannah, GA 31405
(912) 351-9000